```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
           SOUTHERN DIVISION
```

| | |
|---|---|
| **RODERICK HICKS, #172188,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 20-00445-JB-B |
| **MARY COOK,** *et al.*, | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 16, 2020, is **ADOPTED** as the opinion of this Court.

**DONE** this 7th day of December, **2020**.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE