# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**RODERICK HICKS, #172188,**            :

    **Plaintiff,**            :

**vs.**            :   **CIVIL ACTION 20-00445-JB-B**

**MARY COOK,** *et al.*,            :

    **Defendants.**            :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Eighth and Fourteenth Amendment claims against Defendant Tamarowia Dailey be dismissed, *without prejudice*, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted; that Plaintiff's claims against Defendants Dailey and Cook for violations of the Fourth Amendment be dismissed, *with prejudice,* pursuant 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous; and that Plaintiff's Eighth and Fourteenth Amendment claims against Defendant Mary Cook be dismissed, *with prejudice,* pursuant 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.  The Court declines to

exercise supplemental jurisdiction over any state-law claims.

    **DONE and ORDERED** this 19th day of July, 2021.

                                           <u>/s/ JEFFREY U. BEAVERSTOCK</u>
                                           UNITED STATES DISTRICT JUDGE